# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

RICKEY HICE, ADC #149969                                                              PETITIONER

v.                             NO. 5:12CV00297 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                     RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 15th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE